UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER LYNN D.,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 22-cv-12076
Hon. Matthew F. Leitman

## **JUDGMENT**

For the reasons stated in the order issued on this date, it is **ORDERED** and **ADJUDGED** that:

- Plaintiff's Motion for Summary Judgment is **DENIED**; and
- Defendant's Motion for Summary Judgment is **GRANTED**; and

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated:  September 13, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 13, 2023, by electronic means and/or ordinary mail.

    s/Holly A. Ryan
    Case Manager
    (313) 234-5126